VINCENT CASTILLO, State Bar No. 209298
vcastillo@cmtrlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON LLP
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION
dba AMTRAK and UNION PACIFIC RAILROAD
COMPANY

MATTHEW M. TAYLOR, State Bar No. 252556
CRAIG L. DUNKIN, State Bar No. 149422
DKLAW
611 Anton Blvd, Suite 1000
Costa Mesa, CA 92626
Telephone: (949) 801-3813

Attorney for Plaintiffs,
JOSE JUAN SANCHEZ and ANGELICA LUNA
PIZANO, Individually, as Successors in Interest of
Decedent CRISTIAN SANCHEZ, and as Personal
Representative of the ESTATE OF CRISTIAN SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAN SANCHEZ and ANGELICA LUNA PIZANO, Individually, as Successors in Interest of Decedent CRISTIAN SANCHEZ, and as a Personal Representative of the ESTATE OF CRISTIAN SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION dba "AMTRAK"; AMTRAK BRAKEMAN; AMTRAK ENGINEER; AND DOE AMTRAK OPERATORS 1-20 and DOES 21 through 100 inclusive,<br><br>Defendants. | Case No. 5:26-cv-01517-NW<br><br>**JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**<br><br>Hon. Noël Wise |

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

IT IS HEREBY STIPULATED AND AGREED by plaintiffs JOSE JUAN SANCHEZ and ANGELICA LUNA PIZANO, as Successors in Interest of Decedent CRISTIAN SANCHEZ, and as Personal Representative of the ESTATE OF CRISTIAN SANCHEZ and Defendants NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK and UNION PACIFIC RAILROAD COMPANY, by and through their undersigned counsel, that the above-captioned action shall be dismissed in its entirety without prejudice.

Each party shall bear their own costs, expenses, and attorney's fees.

Dated:  May 19, 2026                    DKLAW

By: _____
    MATTHEW M. TAYLOR
    CRAIG L. DUNKIN
    Attorneys for Plaintiffs
    JOSE JUAN SANCHEZ and ANGELICA
    LUNA PIZANO, Individually and as
    Successors in Interest of CRISTIAN
    SANCHEZ

Dated:  May 19, 2026                    CASTILLO, MORIARTY, ROBINSON LLP

By:  /s/ Vince Castillo
    VINCENT CASTILLO
    ALEXEI N. OFFILL-KLEIN
    Attorneys for Defendants
    NATIONAL RAILROAD PASSENGER
    CORPORATION dba AMTRAK and UNION
    PACIFIC RAILROAD COMPANY

JOINT STIPULATION FOR DISMISSAL
AND [PROPOSED] ORDER

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

**[PROPOSED] ORDER**

Based upon the stipulation of Plaintiffs Jose Juan Sanchez and Angelica Luna Pizano and Defendants National Railroad Passenger Corporation dba Amtrak and Union Pacific Railroad Company, the Court hereby orders the dismissal of the entire action without prejudice, with each side to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED:   May 19, 2026            By: _____
                                    Hon. Noël Wise
                                    UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR DISMISSAL
AND [PROPOSED] ORDER